IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Complaint of Serodino, Inc., Owner and Operator of the M/V BEARCAT, for Exoneration from or Limitation of Liability. | * * | No. 3:09-CV-609 |

## ORDER ENJOINING OTHER LEGAL PROCEEDINGS

The Court, having considered the request of the plaintiff in limitation for an order enjoining other legal proceedings, is of the opinion that same is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this order hereby enjoins and/or restrains the commencement and/or prosecution of any and all actions, suits, or legal proceedings of whatsoever kind, nature, or character against the M/V BEARCAT and/or Serodino, Inc., its officers, agents, representatives, servants, employees, and affiliated companies, and any other person or entity whatsoever for whom Serodino, Inc. may be responsible, arising out of or attributable to the incident referenced in the complaint filed herein.

This the 21st day of JAN, 20 10.

*Thomas W. Phillips*
United States District Judge

F:\Data\Serodino\Limitations Pldgs\Limita Order.doc